## AFFIDAVIT

My name is Travis Faught and I am employed by the Fayetteville Police Department, currently assigned as a Task Force Officer (TFO) of the Drug Enforcement Administration (DEA), Fayetteville Resident Office. I have been employed by the Fayetteville Police Department since 2003, and have been a TFO since 2007. This affidavit is made in support of a Verified Complaint of Forfeiture for $89,599.12 in United States Currency believed to be funds generated by the sale of illegal drugs. Based upon my personal knowledge and information provided by other law enforcement officers involved in this investigation, I have learned the following:

1. On the evening of July 15, 2010, Springdale Police Officer Gene Johnson stopped a green GMC utility van pulling a U-Haul trailer, displaying a Michigan license plate, due to a traffic lane violation near southbound mile marker 56 on U.S. Interstate 540. The owner of the van was not present, however the owner's husband, Jamie Giles, was a passenger. The name of the driver of the van was Steve Kluthe, and the other passenger was Ronell Washington. All three men appeared unusually nervous to Officer Johnson for a traffic stop. Officer Johnson ran a warrants and criminal history check on all three of them and found that both Giles and Washington had criminal histories for drugs.

2. Once he concluded the criminal history check, Officer Johnson went back to the van and asked each of the men to step out one at a time, asking each of them for consent to search their persons; Giles and Washington gave permission while Kluthe denied. There was nothing found on Giles' person. Officer Johnson found approximately $1,350.00 to $1,400.00 in Washington's front right pocket.

3. Shortly after the three men were out of the van, a canine unit arrived on the scene and performed a dog sniff of the exterior of the vehicle. The dog alerted to the presence of illicit narcotics. Officers then began a search of the inside of the vehicle. A large black bag that contained large bundles of U.S. Currency was found in the vehicle near a bag containing an open can of coffee and a large role of black trash bags. (It should be noted that drug traffickers often try to mask the smell of illegal narcotics with such items as coffee grounds or other strong odors.) It was then decided to transport the vehicle to the Washington County Sheriff's Department because of the conditions along the side of the interstate.

4. Giles was informed of the reason for moving the vehicle and given a receipt for the vehicle and the property inside of the van. Giles, along with Washington and Kluthe, chose to remain at a gas station near the interstate. Through further search of the vehicle, officers found 22.5 ecstasy pills, 4.4 grams of marijuana, seven (7) 7.5-milligrams of hydrocodone, 5.5 2-milligrams of xanax, a shaving kit that contained a large amount of U.S. Currency, two (2) additional bags containing more U.S. Currency, and a marijuana smoking pipe with marijuana residue. The majority of the currency found was bundled consistently in what appeared to be $1,000.00 bundles with black rubber bands holding them together.


GOVERNMENT EXHIBIT A

5. Upon locating the drugs from inside the van, officers returned to the gas station and arrested Giles, Washington, and Kluthe for Possession of a Controlled Substance. Giles claimed ownership of most of the U.S. Currency. Kluthe claimed the rest of the money, along with all of the drugs. Giles at first said the money was earned from a recent "rave" he had promoted in Detroit, Michigan. Giles then admitted to trafficking marijuana from Phoenix, Arizona to Detroit. He said the seized money was for payment of a shipment of marijuana and was to be transported back to Arizona.

6. Steve Kluthe subsequently pled guilty in Washington County Circuit Court to Possession of a Controlled Substance, Marijuana and Ecstasy, and received a sentence of forty-eight (48) months probation with the Arkansas Department of Corrections.

7. In all, $89,599.12 was seized from the subjects.

Based upon the foregoing information, I believe there is sufficient evidence that the $89,599.12 in U.S. currency is proceeds of illegal drug trafficking, and should be forfeited pursuant to federal law.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

March 11, 2011

Travis Faught
Task Force Officer
Drug Enforcement Administration

## VERIFICATION

I, Travis Faught, being first duly sworn, depose and state:

That I am a Task Force Officer with the Drug Enforcement Administration, and that I have read the foregoing Verified Complaint of Forfeiture and that upon information and belief the facts alleged therein are true and correct.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2011.

_____
Travis Faught
Task Force Officer
Drug Enforcement Administration